1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration            *E-FILED 12/13/07*
   MARK A. WIN, SBN CA 206077
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8980
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11  RENEE L. PARRA,                    )
                                       )   CIVIL NO. 07-01807 RS
12       Plaintiff,                    )
                                       )
13       v.                            )   STIPULATION AND ~~PROPOSED~~ ORDER
                                       )   EXTENDING DEFENDANT'S TIME TO
14  MICHAEL J. ASTRUE,                 )   FILE AN ANSWER TO PLAINTIFF'S
    Commissioner of Social Security,   )   COMPLAINT
15                                     )
                                       )
16       Defendant.                    )
17  _____)

18
         IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the
19
    approval of the Court, that defendant Commissioner may have an extension of time, up to and including
20
    February 26, 2008, to file an answer to Plaintiff's complaint.  This extension is necessary because the
21
    appropriate government officials were not made aware of Plaintiff's complaint until November 28, 2008.
22

23  Dated:  December 12, 2007          /s/ *Harvey P. Sackett*
                                       *(As authorized via facsimile on December 12, 2007*)
24                                     HARVEY P. SACKETT
                                       Attorney for Plaintiff
25
                                       SCOTT N. SCHOOLS
26                                     United States Attorney

27  Dated:  December 12, 2007          /s/ *Mark A. Win*
                                       MARK A. WIN
28                                     Special Assistant United States Attorney

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Commissioner of Social Security
3  shall have up to and including February 26, 2008 to file an answer to Plaintiff's complaint.
4
5
6  Dated:  December 13, 2007                                    _____
7                                                               RICHARD SEEBORG
                                                                United States Magistrate Judge