JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MARK A. WIN, CSBN 206077
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134

Attorneys for Defendant

*E-FILED 2/11/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE L. PARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 07-01807 RS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Commissioner is unable to locate the claim file containing the Administrative Law Judge's decision dated October 21, 2006. Upon remand, the Commissioner will continue to search for the claim file, commence reconstruction of the claim file, or hold a de novo hearing.

Respectfully submitted,

Dated: February 11, 2008        /s/ *Harvey P. Sackett*
                                        (As authorized via facsimile on February 11, 2008)
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: February 11, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |

Dated: February 11, 2008

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Mark A. Win*
MARK A. WIN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.
DATED: February 11, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE