HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

*E-FILED 8/22/08*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENEE L. PARRA, | ) Civil No.  07-01807 RS |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, September 22, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (4) Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1

2                                    JOSEPH P. RUSSONIELLO
United States Attorney

3

4

5

6  Dated: August 19, 2008                   /s/
MARK A. WIN
7                                      Special Assistant U.S. Attorney

8

9

10

11  Dated: August 19, 2008                /s/
HARVEY P. SACKETT
12                                     Attorney for Plaintiff
13                                     RENEE L. PARRA

14

15  IT IS SO ORDERED.

16

17

18  Dated:   August 22, 2008
HON. RICHARD SEEBORG
19                                     United States Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER