HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

*E-FILED 9/19/08*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENEE L. PARRA, | ) Civil No.  07-01807 RS |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, October 22, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | |
| 6 | Dated: September 17, 2008 | /s/ |
| 7 | | MARK A. WIN |
| | | Special Assistant U.S. Attorney |

Dated: September 17, 2008         /s/
                                  MARK A. WIN
                                  Special Assistant U.S. Attorney

Dated: September 17, 2008         /s/
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  RENEE L. PARRA

IT IS SO ORDERED.

Dated: September 19, 2008         [signature]
                                  HON. RICHARD SEEBORG
                                  United States Magistrate Judge

2

STIPULATION AND ORDER