HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

*E-FILED 10/22/08*

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENEE L. PARRA, | ) No.: C07-01807 RS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| MICHAEL A. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

STIPULATION AND ORDER

1

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 21, 2008   /s/_____
MARK A. WIN
Special Assistant U.S. Attorney

Dated:  October 21, 2008   /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
RENEE L. PARRA

IT IS SO ORDERED.

Dated: October 22, 2008   _____
HON. RICHARD SEEBORG
United States Magistrate Judge

2

STIPULATION AND ORDER